**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>74 Seventh LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>d/b/a "*Centro Vinoteca*" | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>20-4200749 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>74-76 Seventh Avenue South<br>New York, New York 10011<br>ZIP CODE 10011-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): 74 Seventh LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)** Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): 74 Seventh LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor Mr. Sasha Muniak, Managing Member X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Gabriel Del Virginia* Signature of Attorney for Debtor(s) Gabriel Del Virginia, Esq. (GDV-4951) Printed Name of Attorney for Debtor(s) LAW OFFICES OF GABRIEL DEL VIRGINIA Firm Name 488 Madison Avenue, 19th Floor, New York, NY 10022 -and- J.N. Iannuzzi, Esq. IANNUZZI and IANNUZZI 72 Trinity Place, New York, New York 10006 Address    Email: gabriel.delvirginia@verizon.net 212-371-5478 Fax: 212-371-0460 Telephone Number Date October 19, 2009 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /*Sasha Muniak* | |

**B1 (Official Form 1) (1/08)** Page 4

| Signature of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |
|---|---|
| Sasha Muniak | |
| Printed Name of Authorized Individual | |
| Managing Member | |
| Title of Authorized Individual | |
| Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  74 Seventh LLC  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 37 Barrow Realty LLC<br>42-11 Northern Blve<br>Long Island City, NY 11101 | 37 Barrow Realty LLC<br>42-11 Northern Blve<br>Long Island City, NY 11101 | Rent | | 103,000.00 |
| Baltz and Company, Inc.<br>49 West 23rd Street<br>9th Floor<br>New York, NY 10010 | Baltz and Company, Inc.<br>49 West 23rd Street<br>9th Floor<br>New York, NY 10010 | Trade debt | | 6,000.00 |
| Colgate Scaffolding Corp. | Colgate Scaffolding Corp. | Utility | | 9,198.33 |
| Con Edison<br>4 Irving Place<br>New York, NY 10016 | Con Edison<br>4 Irving Place<br>New York, NY 10016 | Utility | | 12,964.60 |
| Dairyland<br>1300 Viele Avenue<br>Bronx, NY 10474 | Dairyland<br>1300 Viele Avenue<br>Bronx, NY 10474 | Trade debt | | 31,913.85 |
| Daniel OConner Architecture PC<br>60 Madison Avenue<br>Suite 1020<br>New York, NY 10010 | Daniel OConner Architecture PC<br>60 Madison Avenue<br>Suite 1020<br>New York, NY 10010 | Utility | | 5,098.00 |
| Department of Consumer Affairs<br>42 Broadway<br>New York, NY 10004 | Department of Consumer Affairs<br>42 Broadway<br>New York, NY 10004 | Trade debt | | 19,711.77 |
| Empire Merchants<br>16 Bridgewater Street<br>Brooklyn, NY 11222-1232 | Empire Merchants<br>16 Bridgewater Street<br>Brooklyn, NY 11222-1232 | Trade debt | | 13,723.59 |
| George Elkins | George Elkins | Trade debt | | 6,374.15 |
| Manhattan Fruit Exchange<br>448 West 16th Street<br>New York, NY 10011 | Manhattan Fruit Exchange<br>448 West 16th Street<br>New York, NY 10011 | Trade debt | | 7,978.86 |
| MST Creative Group | MST Creative Group | Trade debt | | 14,175.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  74 Seventh LLC                                              Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| New York State Department of Taxation WA Harriman State Campus Albany, NY 12205 | New York State Department of Taxation WA Harriman State Campus Albany, NY 12205 | Tax for | | 60,266.13 |
| NYS Sales Tax Processing P.O.Box 15165 Albany, NY 12212 | NYS Sales Tax Processing P.O.Box 15165 Albany, NY 12212 | Tax for | | 62,008.95 |
| Pat La Frieda, Inc. 601 Washington Street New York, NY 10017 | Pat La Frieda, Inc. 601 Washington Street New York, NY 10017 | Trade debt | | 14,153.00 |
| Ridge Produce 9728 3rd Avenue Suite 137 Brooklyn, NY 11209 | Ridge Produce 9728 3rd Avenue Suite 137 Brooklyn, NY 11209 | Trade debt | | 5,116.75 |
| RSM McGladrey 1185 6th Avenue 5th Floor New York, NY 10036 | RSM McGladrey 1185 6th Avenue 5th Floor New York, NY 10036 | Trade debt | | 19,381.18 |
| Sid Wainer and Son P.O. Box 50240 New Bedford, MA 02745 | Sid Wainer and Son P.O. Box 50240 New Bedford, MA 02745 | Trade debt | | 15,534.28 |
| Sysco Food Services of Metro NY | Sysco Food Services of Metro NY | Trade debt | | 4,907.55 |
| White Plains Linen 4 John Walsh Blvd Peekskill, NY 10566 | White Plains Linen 4 John Walsh Blvd Peekskill, NY 10566 | Trade debt | | 4,713.46 |
| Wild Edibles, Inc. 21-51 Borden Avenue Long Island City, NY 11101 | Wild Edibles, Inc. 21-51 Borden Avenue Long Island City, NY 11101 | Trade debt | | 4,817.43 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 19, 2009                           Signature  /s/ Centro Vinoteca
                                                            Centro Vinoteca

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
37 BARROW REALTY
74 SEVENTH AVENUE
NEW YORK, NY 10011


37 BARROW REALTY LLC
42-11 NORTHERN BLVE
LONG ISLAND CITY, NY 11101


ACME SAFE CO.
419 PARK AVENUE SOUTH
NEW YORK, NY 10016


ALL POINTS CAPITAL
275 BROADHOLLOW ROAD
MELVILLE, NY 11747


BALTER SALES COMPANY, INC
209 BOWERY
NEW YORK, NY 10002


BALTZ AND COMPANY, INC.
49 WEST 23RD STREET
9TH FLOOR
NEW YORK, NY 10010


BEEHIVE BEER
37-88 REVIEW AVE.
LONG ISLAND CITY, NY 11101


BEYER LIGHTNING FISH CO. INC
800 FOOD CENTER DRIVE
UNIT 117
BRONX, NY 10474


BPBMV
1370 6TH AVENUE
NEW YORK, NY 10019


BUONITALIA
75 9TH AVENUE
NEW YORK, NY 10011


CHEAP BEER DEPOT INC.
2143 ROUTE 4 EAST
FORT LEE, NJ 07024
```

```
COACH FARM
105 MILL HILL ROAD
PINE PLAINS, NY 12567


COLGATE SCAFFOLDING CORP.


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10016


DAIRYLAND
1300 VIELE AVENUE
BRONX, NY 10474


DANIEL OCONNER ARCHITECTURE PC
60 MADISON AVENUE
SUITE 1020
NEW YORK, NY 10010


DARTAGNAN, INC.
280 WILSON AVENUE
NEWARK, NJ 07105


DEPARTMENT OF CONSUMER AFFAIRS
42 BROADWAY
NEW YORK, NY 10004


DEPTARTMENT OF CITY PLANNING
22 READE STREET
NEW YORK, NY 10007


ECOLAB
P.O.BOX 905327
CHARLOTTE, NC 28290


EDEN BROOK FISH COMPANY
P.O.BOX 667
MONTICELLO, NY 12701


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222-1232
```

```
FARMER WINES
649 MORGAN AVENUE
SUITE B-5
BROOKLYN, NY 11222


FARMERS INSURANCE
P.O. BOX 660665
DALLAS, TX 75266


FREDERICK WILDMAN AND SONS
307 EAST 53RD STREET
NEW YORK, NY 10022


GEORGE ELKINS



GRAY V
1098 WEST WILLOW STREET
LOUISVILLE, CO 80027


HARMONY HILLS FARMS, INC.
49 EAST 54TH STREET
ELMWOOD PARK, NJ 07407


IESI NY CORP.
1099 WALL STREET WEST
LYNDHURST, NJ 07071


IL LABORATORIO DEL GELATO
95 ORCHARD STREET
NEW YORK, NY 10002


INTERNAL REVENUE SERVICE
290 BROADWAY-5TH FLOOR
NEW YORK, NY 10007


INTERNATIONAL WINE TRADERS
P.O. BOX 30130
STATEN ISLAND, NY 10303


LA COLOMBE TORREFACTION
```

LEONARDO LOCASCIO SELECTIONS  
236 WEST 26TH STREET  
SUITE 401  
NEW YORK, NY 10001

LIBRA LEATHER INC.

LONDON MEAT COMPANY  
56 WEST 12TH STREET  
NEW YORK, NY 10014

MANHATTAN FRUIT EXCHANGE  
448 WEST 16TH STREET  
NEW YORK, NY 10011

MARK D. MERMEL, ESQ.  
98 CUTTERMILL ROAD-234  
GREAT NECK, NY 11021

MHW, LTD/CMSC SPIRITS  
1122 NORTHERN BLVD  
SUITE 410  
MANHASSET, NY 11030

MICHAEL KELLY, INC.  
136 WAVERLY ROAD  
SCARSDALE, NY 10583

MIKUNI WILD HARVEST INC.  
PMB #101  
11500 NE 76TH STREET #A3  
VANCOUVER, WA 98662

MONSIEUR TOUTON SELECTION  
129 WEST 27TH STREET  
SUITE 9B  
NEW YORK, NY 10001

MST CREATIVE GROUP

MURRAYS CHEESE SHOP  
245 BLEEKER STREET  
NEW YORK, NY 10014

```
N.Y. STATE DEPARTMENT OF TAXAT
WA HARRIMAN STATE CAMPUS
ALBANY, NY 12205


NEW YORK STATE DEPARTMENT
OF TAXATION
WA HARRIMAN STATE CAMPUS
ALBANY, NY 12205


NYC DEPARTMENT OF CITY PLANNIN



NYC WATER BOARD
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008


NYS SALES TAX PROCESSING
P.O.BOX 15165
ALBANY, NY 12212


OMNIWINES DISTRIBUTION
29-16 120TH STREET
LINDEN HILL, NY 11354


OPEN TABLE INC, RESERVATION SY
P.O. BOX 49322
SAN JOSE, CA 95161


PAT LA FRIEDA, INC.
601 WASHINGTON STREET
NEW YORK, NY 10017


PAY O MATIC
222-06 SOUTH CONDUIT AVENUE
SPRINGFIELD GARDENS, NY 11413


POLANER SELECTIONS
19 NORTH MOGER AVENUE
MOUNT KISCO, NY 10549


PRECISION INTERCONNECT
161 EAST 32ND STREET
NEW YORK, NY 10016
```

```
PURELITE CANDLE OF NY
302 WEST 12TH STREET
#303
NEW YORK, NY 10014


REGAL WINE IMPORTS
2 COMMERCE DRIVE
SUITE 3
MOORESTOWN, NJ 08057


RIA TELECOMMUNICATIONS, INC.
13825 CERRITOS CORP.
SUITE C
CERRITOS, CA 90703


RIDGE PRODUCE
9728 3RD AVENUE
SUITE 137
BROOKLYN, NY 11209


RITECHECK
715 EAST 138TH STREET
BRONX, NY 10454


RIVERA PRODUCE
205 JACKSON STREET
ENGLEWOOD, NJ 07631


RSM MCGLADREY
1185 6TH AVENUE
5TH FLOOR
NEW YORK, NY 10036


SALUMERIA BIELLESE
234 PARK STREET
HACKENSACK, NJ 07601


SEAY-YARDBROUGH INC.



SID WAINER AND SON
P.O. BOX 50240
NEW BEDFORD, MA 02745
```

STEINWAY AWNING


SUN RICE CORP
123 WEST END AVENUE
PLAINFIELD, NJ 07060


SYSCO FOOD SERVICES OF
METRO NY


THE BAG LADY
P.O. BOX 5008
SOUTH HACKENSACK, NJ 07606


TRICANA IMPORTS
1120 OLD COUNTRY ROAD
SUITE 207
PLAINVIEW, NY 11803


WHITE PLAINS LINEN
4 JOHN WALSH BLVD
PEEKSKILL, NY 10566


WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101


WINEBOW, INC.
P.O. BOX 34510
NEWARK, NJ 07189


WOOLCO FOODS, INC.
135 AMITY STREET
JERSEY CITY, NJ 07304


XO COMMUNICATIONS
9201 NORTH CENTRAL EXPRESS WAY
DALLAS, TX 75231